UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FAIRVIEW HEALTH SERVICES,

        Plaintiff,

vs.

MEDICA SELF-INSURED,

JOHN DOE and MARY ROE, persons or entities whose
Identities are not now known to the Plaintiff who are
Fiduciaries in regard to Defendant Medica Self-Insured

        Defendant.

Civil File No. 0:08-CV-05197

**DISMISSAL WITH PREJUDICE**

The claims of the Plaintiff in the above-captioned matter are hereby dismissed with prejudice and on the merits pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Date: November 13, 2008

By __s/Patrick B. Moore_____
Patrick B. Moore (attny ID 252384)
Attorney for Plaintiff
Joslin & Moore Law Offices, P.A.
221 2nd Ave NW
Cambridge MN  55008
763-689-4101
pbmoore@joslinmoore.com