UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FAIRVIEW HEALTH SERVICES,

       Plaintiff,

Civil File No. 0:08-CV-05197

vs.

**VOLUNTARY DISMISSAL
BY PLAINTIFF BEFORE
ANSWER WITH PREDJUDICE**

MEDICA SELF-INSURED,

JOHN DOE and MARY ROE, persons or entities whose
Identities are not now known to the Plaintiff who are
Fiduciaries in regard to Defendant Medica Self-Insured

       Defendant.

The claims of the Plaintiff in the above-captioned matter are hereby dismissed with prejudice and on the merits pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Defendant has not yet filed an Answer and the parties have reached a resolution.

Date: November 18, 2008            By   s/Patrick B. Moore
                                                      Patrick B. Moore (attny ID 252384)
                                                      Attorney for Plaintiff
                                                      Joslin & Moore Law Offices, P.A.
                                                      221 2nd Ave NW
                                                      Cambridge MN 55008
                                                      763-689-4101
                                                      pbmoore@joslinmoore.com